NUMBER 13-07-410-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


JESUS PEREZ RODRIGUEZ, Appellant,


v.


LUZ REYNAGA CASTILLO, INDIVIDUALLY

AND AS NEXT FRIEND OF SERGIO OSWALDO 

CASTILLO, MINOR, Appellee.

_______________________________________________________


On appeal from the County Court at Law No. 2


 of Cameron County, Texas

_______________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Garza


Opinion Per Curiam



 Appellant, JESUS PEREZ RODRIGUEZ, attempted to perfect an appeal from a
judgment entered by the County Court at Law No. 2 of Cameron County, Texas. 
Appellant has now filed a motion to dismiss the appeal. In the motion, appellant states
that on June 27, 2007, the trial court signed an order granting a new trial. Based
upon the trial court's granting of a new trial, appellant requests that this Court dismiss
the appeal.

 The Court, having examined and fully considered the documents on file,
appellant's motion to dismiss the appeal, and the trial court's order granting a new
trial, is of the opinion that the appeal should be dismissed for want of jurisdiction. 
Appellant's motion to dismiss the appeal is GRANTED, and the appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 9th day of August, 2007.